**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 03-00126 WHA |
| Plaintiff, | |
| v. | **NOTICE RE HEARING ON MOTION TO WITHDRAW** |
| IVAN HUNTER, | |
| Defendant. / | |

   Attorney Runfola's motion to withdraw will be heard at **2:00 P.M. ON JULY 20, 2010.** He must notify Mr. Hunter and give him a chance to respond. This case is long closed. The Court does not understand how and why this is a matter of concern. Please explain at the hearing.

   **IT IS SO ORDERED.**

Dated: June 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE