1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 03-00126 WHA |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |
| v. | ) ) | |
| IVAN GABRIEL HUNTER, | ) ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Ivan Gabriel Hunter and the United States, by and through counsel, that the status conference in the above referenced matter, previously scheduled for July 5, 2010 at 2:00 p.m. before the Honorable William H. Alsup be continued to August 16, 2011 at 2 p.m.

//

1       SO STIPULATED.

2

3 7/1/2011                           /s/ Paul Delano Wolf
  Date                                  PAUL DELANO WOLF
                                      Attorney for Defendant
4                                       Ivan Hunter

5

6       SO STIPULATED.

7 7/1/2011                           /s/ Benjamin Tolkoff
  Date                                  BENJAMIN TOLKOFF
8                                       Assistant United States Attorney

9       SO ORDERED.

10

11 July 5, 2011.
  Date                                  HONORABLE WILLIAM H. ALSUP
12                                       United States District Judge